# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 182 MM 2014
:
               Respondent :
:
:
:
           v. :
:
:
:
KARIM HUSEIN WRIGHT, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2015, in response to the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u>, this matter is **REMANDED** to the common pleas court for appointment of new counsel within 30 days of this order. Newly-appointed counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 60 days of appointment.

    Justice Stevens notes his dissent and would deny the Petition for Leave to file a Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u>.